UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

In re:

Richard Allen Ourada and
Vicki Lynn Ourada,

        Debtors,

Bky Case No. 09-35146

Chapter 7

Paul W. Bucher, Trustee

        Plaintiff,

Adv. Case No. 10-3121

vs.

Transitional Living Corp.,

        Defendant.

**ORDER**

**AT ST. PAUL, MINNESOTA**

This matter came before the court on February 24, 2011, upon the Defendant's Motion for Summary Judgment.

Appearances were noted upon the record at the hearing.

Based upon the documents filed for the motion and the arguments of counsel,

It is hereby **ORDERED**:

1. Defendant's Motion for Summary Judgment is denied.

Dated: February 24, 2011

*/e/ Gregory F. Kishel*

Gregory F. Kishel
Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *02/24/2011*
Lori Vosejpka, Clerk, By JRB, Deputy Clerk